UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.: 2:21-CV-255-JES-NPM

DOMINIC SANCHEZ,

    Plaintiff,
v.

MARRA CONSTRUCTION, INC.

    Defendant.
_____/

### PLAINTIFF'S MOTION FOR DEFAULT FINAL JUDGMENT AGAINST DEFENDANT, MARRA CONSTRUCTION, INC.

Plaintiff, **DOMINIC SANCHEZ,** ("Plaintiff") by and through his undersigned counsel and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, hereby moves for the entry of a final default judgment against Defendant, **MARRA CONSTRUCTION, INC.** ("Defendant"), and, in support thereof, states as follows:

    **1.**    On March 25, 2021, Plaintiff filed his Complaint brought under the Fair Labor Standards Act ("FLSA") and Florida's Whistleblower Act, at Section 448.102(3), Florida Statutes ("FWA") identifying the Defendant, **MARRA CONSTRUCTION, INC**. *See* ECF No. 1.

    **2.**    On July 9, 2021, this Court granted Plaintiff's Motion for Entry of Clerk's Default against Defendant, as Defendant failed to file a response to the Complaint and

have, therefore, failed to plead or otherwise defend this case as provided by the Federal Rules of Civil Procedure. *See* ECF No. 13.

3. Attached as "**Exhibit A**," is Plaintiff's Affidavit evidencing the amount owed to him. Plaintiff's Affidavit is the best evidence as Defendant has failed to participate in this case. Such approximations of hours worked by an employee are acceptable when there are no time records available. *See Anderson v. Mt. Clemens Pottery Co.,* 328 U.S. 680 (1946); *Reich v. Southern New England Telecom. Corp.,* 121 F.3d 58 (2d Cir. 1997).

5. The amount owed to Plaintiff totals approximately $37,050.00. *See* Exhibit A.

6. This amount is inclusive of liquidated damages to which Plaintiff is entitled to pursuant to the dictates of the FLSA.

7. An additional element of Plaintiff's claims is the recovery of attorneys' fees and costs, which is authorized by the above claims. An award of attorneys' fees and costs to the prevailing plaintiffs is proper, however, in this case, Plaintiff is only seeking taxable costs, he is not seeking an award for attorney's fees.

8. Upon review of the cost records in this case, Plaintiff has incurred costs in the amount of $512.50 as follows: ($402.00 filing fee, $.50 for postage, along with $110.00 and for Service of Process). *See* Bill of Costs, attached as "**Exhibit B**."

WHEREFORE, Plaintiff, requests the entry of a Final Judgment in his favor and against Defendant, **MARRA CONSTRUCTION, INC.**, in the total amount of $37,050.00.

DATED this 13th day of August 2021.

                                              **Respectfully submitted,**

                                              */s/ Alexander T. Harne*
                                              Alexander Harne, Esq.
                                              Florida Bar No.: 126932
                                              RICHARD CELLER LEGAL, P.A
                                              10368 W. State Road 84, Ste 103
                                              Davie, Florida 33324
                                              Telephone: (866) 344-9243
                                              Facsimile: (954) 337-2771
                                              E-mail: aharne@floridaovertimelawyer.com

                                              *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 13th day of August 2021, via the Court's CM/ECF filing system and via US Mail upon Defendant's Registered Agent at the address provided by Sunbiz.org.

      MARRA CONSTRUCTION, INC.
      C/O Marra, Ronald RUGGIERO
      2839 East SR 80
      LaBelle, FL 33935

                                              */s Alexander T. Harne*
                                              Alexander T. Harne, Esq.